*ant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *R. C. Williamson* for the United States.

No. 329. GOOD SPRINGS ANCHOR CO. *v.* UNITED STATES. See *ante,* p. 515.

No. 414. WHITE, COLLECTOR, *v.* HOOD RUBBER CO. October 28, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Hughes,* and *Messrs. Claude R. Branch, Sewall Key,* and *Barham R. Gary* for petitioner. *Messrs. Frank S. Bright* and *H. Stanley Hinrichs* for respondent.

No. 423. COLLIE ET AL. *v.* FERGUSSON ET AL. October 28, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Jacob L. Morewitz* for petitioners. *Mr. Leon T. Seawell* for respondents.

No. 350. BASSICK MFG. CO. *v.* UNITED STATES;
No. 351. F. W. STEWART MFG. CO. *v.* SAME; and
No. 352. GEMCO MFG. CO. *v.* SAME. November 4, 1929. The petitions for writs of certiorari herein to the Court of Claims are granted, and the cases assigned for argument with cases Nos. 127 and 275, as one case. *Mr. George M. Wilmeth* for petitioners. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch, R. C. Williamson,* and *W. Marvin Smith* for the United States.